FILED

APR 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NARGUESS NOOHI, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>JOHNSON & JOHNSON CONSUMER INC.,<br><br>　　　　　Defendant-Appellant. | No.　23-55190<br><br>D.C. No. 2:20-cv-03575-TJH-JEM<br>Central District of California, Los Angeles<br><br>ORDER |

Before:  BERZON and MENDOZA, Circuit Judges, and BOLTON,[*] District Judge.

The joint motion for supplemental briefing is **GRANTED**.

Within twenty-one days, by May 15, 2024, Appellant Johnson & Johnson Consumer Inc. shall file a supplemental brief of no more than 3,500 words addressing the effect of *Lytle v. Nutramax Laboratories, Inc.*, No. 22-55744 (9th Cir. filed Apr. 22, 2024) on this case.  Appellee Narguess Noohi shall file a supplemental brief of no more than 3,500 words within twenty-one days thereafter, by June 5, 2024.

---

[*]　　The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.