MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

HANNAH Y. CHANOINE (*pro hac vice*)
hchanoine@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
Tel: (212) 326-2000
Fax: (212) 326-2061

MARTHA F. HUTTON (S.B. #279335)
mhutton@omm.com
MEREDITH GARAGIOLA (S.B. #281615)
mgaragiola@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Counsel for Defendant*
JOHNSON & JOHNSON CONSUMER INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARGUESS NOOHI, individually and on behalf of other members of the general public similarly situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>JOHNSON & JOHNSON CONSUMER, INC., DOES 1-100, INCLUSIVE.<br><br>                     Defendant. | Case No. 2:20-cv-03575-TJH-JEM<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Courtroom: 9B, 9th Floor<br><br>Second Am. Complaint filed:<br>July 8, 2021 (Dkt. 47)<br><br><u>Jury Trial Demanded</u> |

1    Pursuant to this Court's August 19, 2024 scheduling order (Dkt. 110),

2    Plaintiff Narguess Noohi ("Plaintiff") and Defendant Johnson & Johnson Consumer

3    Inc. ("JJCI" and, together with Plaintiff, the "Parties"), by and through their

4    undersigned counsel, hereby submit the following joint status report:

5    On March 16, 2023, this Court granted the Parties' joint stipulation to stay

6    proceedings pending the resolution of JJCI's Federal Rule of Civil Procedure 23(f)

7    appeal of this Court's class certification order to the Ninth Circuit Court of

8    Appeals, 9th Cir. No. 23-55190 (Dkt. 98).  In that order, this Court vacated the

9    schedule in this case and stayed proceedings pending resolution of the appeals by

10    the Ninth Circuit in this case and in two other cases, *Lytle v. Nutramax*, 9th Cir. No.

11    22-55744, and *Johnson v. Nissan*, 9th Cir. No. 22-16644.

12    The parties completed merits briefing on JJCI's appeal in the Ninth Circuit

13    on October 30, 2023.  The Ninth Circuit heard oral argument on the appeal on April

14    8, 2024 (9th Cir. No. 23-55190, Dkt. 65).  On April 10, 2024, the Ninth Circuit

15    ordered that submission of the appeal was deferred pending the Ninth Circuit's

16    decision in *Nutramax*, 9th Cir. No. 22-55744 (9th Cir. No. 23-55190, Dkt. 66).  In

17    *Nissan*, the Ninth Circuit will hear oral argument on October 21, 2024.  (9th Cir.

18    No. 22-16644, Dkt. 87).  In *Nutramax*, the Ninth Circuit issued its decision on April

19    22, 2024 (9th Cir. No. 22-55744, Dkt. 49).  Following briefing on a petition for

20    rehearing and rehearing en banc, the Ninth Circuit issued an amended opinion on

21    August 23, 2024 (9th Cir. No. 22-55744, Dkt. 57).

22    Following issuance of the initial *Nutramax* decision, the Ninth Circuit

23    granted the parties' joint motion for supplemental briefing on the impact of that

24    decision on the appeal in this case (9th Cir. No. 23-55190, Dkt. 68).  The parties

25    completed supplemental briefing on June 5, 2024 and await a ruling from the Ninth

26    Circuit.

27    Within 14 days of the issuance of the last-ordered Ninth Circuit mandate, the

28    Parties will meet and confer and file a new Joint Case Management Statement and

1   Proposed Case Schedule consistent with any Ninth Circuit Mandate.

2

3

4

5   Dated:  September 30, 2024     O'MELVENY & MYERS LLP

6   By: */s/ Hannah Chanoine*
    Hannah Chanoine

7   *Counsel for Defendant*
    JOHNSON AND JOHNSON

8   CONSUMER INC.

9

10  Dated:  September 30, 2024     LAW OFFICES OF TODD M.
    FRIEDMAN, P.C.

11  By: */s/ Todd Friedman*
    Todd Friedman, Esq.

12  *Counsel for Plaintiff*
    NARGUESS NOOHI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 30, 2024      O'MELVENY & MYERS LLP

By: _/s/_ _____ Hannah Chanoine _____
                   Hannah Chanoine

*Counsel for Defendant*
JOHNSON AND JOHNSON
CONSUMER INC.